**UNITED STATES BANKRUPTCY COURT**

**Middle District of Florida (Jacksonville)**

In re:

Debtor(s)

Gregory William Belmore

Case No.:    11-04828

Chapter:    13

Loan Number (Last 4):    7089

**NOTICE OF PAYMENT CHANGE**

America's Servicing Co., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---:|
| Change Reason: | ARM |
| Effective Date (first payment): | January 01, 2012 |
| New Interest Rate (if changed): | 7.75% |
| Principal and Interest: | $815.58 |
| Escrow/Optional Insurance/Other: | $174.52 |
| Total New Monthly Payment: | $990.10 |

America's Servicing Co.

MAC X7801-014 3476 Stateview Blvd.

Fort Mill, SC 29715

800-842-7654

Date:    November 17, 2011

By:    /s/ Bill Taylor

Authorized Filing Agent for Filer

Specific Contact Information:

Jeffrey Hacker

Phone: 800-662-3806

Fax:

Email:

0-ff252d77-e0b5-4234-9dd9-d9b567c59134

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Gregory William Belmore
11259 Shady Glen Dr.
Jacksonville, FL 32257

Debtor's Attorney:

John J Freeman
LaBella Law
1665 Kingsley Avenue, Suite 108
Orange Park, FL 32073

Trustee:

Douglas W. Neway
P O Box 4308
Jacksonville, FL 32201

/s/ Bill Taylor

As Authorized Agent for Filer

0-ff252d77-e0b5-4234-9dd9-d9b567c59134